

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00506-CV

Virginia J. **BARGAS,** Individually and as Guardian for Plaintiff David A. Bargas,
Appellants

v.

**FABRICATION OF RIG & EXPLORATION EQUIPMENT, INC.,**
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-07-001644-CVK-A
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to November 20, 2019.

It is so **ORDERED** on this 25th day of October, 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk